IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Rodney Riddle, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:15cv533 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Wells Fargo Bank National Association, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 30, 2015 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 16, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the defendant's motion to dismiss (Doc. 3) is GRANTED.  This case is TERMINATED off the docket of this Court.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court